Richard J. McGuffin, Esq.., #290826
Maxwell B. Glasson, Esq., #292356
ALLING & JILLSON, LTD.
276 Kingsbury Grade, Suite 2000
Post Office Box 3390
Lake Tahoe, NV 89449-3390
Ph. (775) 588-6676 ✦ Fx. (775) 588-4970
rmcguffin@ajattorneys.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY KUMAR, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MONICA KOHS, individual, KELLY RAMSEY, an individual, ELIZABETH PINTAR, an individual, TAHOE REGIONAL PLANNING AGENCY, and DOE Defendants 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | **Case No. 2:17-cv-02504-MCE-KJN**<br><br>**ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO TRPA'S MOTION TO DISMISS**<br><br>Hearing Date:<br>Hearing Time:<br>Judge: Honorable Morrison C. England, Jr.<br>　　　　　Courtroom 7 |

THE PARTIES, Plaintiff ROY KUMAR, an individual (hereinafter "Plaintiff"), by and through his attorneys, Alling & Jillson, Ltd., and Defendant TAHOE REGIONAL PLANNING AGENCY (hereinafter "TRPA"), by and through its attorney, John L. Marshall, Esq., having entered into a Stipulation for Extension of Time to File Plaintiff's Opposition to TRPA's Motion to Dismiss on December 27, 2017, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall be granted an extension to and including January 8, 2018, to file an Opposition to TRPA's Motion to Dismiss. TRPA shall file its Reply to the Opposition to the Motion to Dismiss not later than January 16, 2018.

IT IS SO ORDERED.

Dated: January 3, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE